UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| **DUGABOY INVESTMENT TRUST** and<br>**HUNTER MOUNTAIN INVESTMENT TRUST,**<br><br>    **Appellants,**<br><br>v.<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.; and THE HIGHLAND CLAIMANT TRUST**<br><br>    **Appellees.** | Adv. Proc. No. 23-03038-sgj<br><br>**Civil Case No. 3:24-cv-01531-X** |

## ORDER PARTIALLY STAYING PROCEEDING

The Court, having considered the *Motion for Partial Stay* (the Stay Motion) (Doc. 27) filed by Hunter Mountain Investment Trust (HMIT) and relevant caselaw, is of the opinion that the Stay Motion is well taken and should be **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that the proceedings defined in the Stay Motion as: "*Dugaboy Investment Trust v. Highland Cap. Mgmt, L.P.*, 3:24-cv-01531-X (N.D. Tex.)" are stayed, only as to HMIT, pending further order of this Court.

1

**IT IS SO ORDERED** this 29th day of May, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE