# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Apr 07, 2026**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

March 17, 2026

Lyle W. Cayce
Clerk

_____

No. 25-10999
Summary Calendar
_____

In the Matter of Highland Capital Management, L.P.

*Debtor*,

Dugaboy Investment Trust,

*Appellant*,

*versus*

Highland Capital Management, L.P.; Highland Claimant Trust,

*Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-1531

_____

## JUDGMENT

Before Richman, Southwick, and Willett, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 07, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 25-10999   Dugaboy Invst v. Highland Capital
              USDC No. 3:24-CV-1531

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Renee S. McDonough, Deputy Clerk
    504-310-7673

cc:
    Mr. Michael Philip Aigen
    Mr. Zachery Z. Annable
    Ms. Deborah Rose Deitsch-Perez
    Mr. Gregory Vincent Demo
    Ms. Melissa Sue Hayward
    Mr. Jordan A. Kroop
    Mr. John A. Morris
    Mr. Jeffrey N. Pomerantz
    Mr. Jeffrey T. Prudhomme
    Ms. Hayley R. Winograd